

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 02-14-00176-CR
### 02-14-00177-CR

QUINN FORD, JR.                                                         APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

------------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1267457D, 1267459D

------------

## CORRECTED ORDER

------------

We have considered the court reporter's request for an extension of time to file the reporter's record in this appeal.

The request is **GRANTED**. The reporter's record is ORDERED due for filing in this court no later than **Wednesday, October 22, 2014**. *NO FURTHER REQUEST FOR EXTENSION OF TIME SHOULD BE NECESSARY*.

The clerk of this court is directed to transmit a copy of the order to the attorneys of record, the trial court judge, and the court reporter.

DATED September 30, 2014.

PER CURIAM